UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE P.,

       Plaintiff,                              No. 22-10859

v.                                                 Honorable Nancy G. Edmunds
                                                     Magistrate Judge Kimberly G. Altman

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S JULY 31, 2023
REPORT AND RECOMMENDATION [17]**

This matter is before the Court on the Magistrate Judge's July 31, 2023 report and recommendation. (ECF No. 17.)  The Magistrate Judge recommends that the Court grant Plaintiff's motion for summary judgment (ECF No. 12), deny the Commissioner's motion for summary judgment (ECF No. 14), and remand this case for further proceedings before the Administrative Law Judge.  Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). The Court nevertheless reviewed the report and recommendation and finds it agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, the Court ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation (ECF No. 17), GRANTS Plaintiff's motion for summary judgment (ECF

No. 12), DENIES Defendant's motion for summary judgment (ECF No. 14) and REMANDS for further proceedings consistent with the Report and Recommendation.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: August 28, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 28, 2023, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager