UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE P.,

    Plaintiff,                                          No. 22-10859

v.                                                      Honorable Nancy G. Edmunds
                                                          Magistrate Judge Kimberly G. Altman

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Court's order granting Plaintiff's motion for summary judgment entered this date,

    **IT IS ORDERED AND ADJUDGED** that judgment is hereby **GRANTED** in favor of Plaintiff and this case is **DISMISSED**.

    **SO ORDERED**.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: August 28, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 28, 2023, by electronic and/or ordinary mail.

                                            s/Lisa Bartlett
                                            Case Manager